UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                  :
ATLANTIC CASUALTY INSURANCE COMPANY,       :
                                                                  :
                              Plaintiff,                          :
                                                                  :          25-CV-00928 (JAV)
            -v-                                                   :
                                                                  :                ORDER
CILIA'S PCM LLC and FRIENDS OF THE OTISVILLE  :
SCHOOL, INC.,                                                     :
                                                                  :
                              Defendants.                         :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        Pursuant to the Court's Order dated February 26, 2025, ECF No. 6, the parties were
required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order,
the contents of which are described therein, by April 7, 2025. To date, the parties have not filed
the joint letter and proposed Civil Case Management Plan and Scheduling Order.  As a courtesy,
that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 11, 2025**.

        SO ORDERED.

Dated: April 9, 2025
        New York, New York          _____
                                                        JEANNETTE A. VARGAS
                                                        United States District Judge