UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                        :

ATLANTIC CASUALTY INSURANCE COMPANY,   :
                                                        :           25-CV-00928 (JAV)
                    Plaintiff,                               :
                                                         :                 ORDER
        -v-                                                :
                                                         :
CILIA'S PCM LLC AND FRIENDS OF THE        :
OTISVILLE SCHOOL, INC.,                         :
                                                         :
                 Defendants.                       :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

Due to unforeseen circumstances with the Court's schedule, the hearing on the default judgment motion, previously scheduled for September 29, 2025, is ADJOURNED to **October 20, 2025**, at **10:30am**. *See* ECF No. 32.

In the event that any Defendant appears or opposes the motion for default judgment prior to that date, the parties shall prepare to treat that conference as the initial pretrial conference with respect to any such appearing Defendant. That is, if any Defendant appears, opposes the motion, or seeks a *nunc pro tunc* extension of time to respond to the complaint, then the parties — including any such appearing Defendant — shall follow the pre-conference procedures specified in the Court's Order of February 26, 2025 including by submitting a joint letter addressing certain topics and a proposed case management plan no later than the Thursday prior to the conference. *See* ECF No. 6.

It is fORDERED that, **within one business day of the date of this Order**, Plaintiff serve Defendant via overnight courier with a copy of this Order. Within **two business days of service,** Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: August 14, 2025
       New York, New York

                                       JEANNETTE A. VARGAS
                                       United States District Judge

2