UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ATLANTIC CASUALTY INSURANCE COMPANY,   :
:
                    Plaintiff,   :
:      25-CV-00928 (JAV)
     -v-   :
:      <u>ORDER</u>
:
CILIA'S PCM LLC and FRIENDS OF THE OTISVILLE   :
SCHOOL, INC.,   :
:
                   Defendants.   :
:
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      For the reasons stated on the record during the conference held earlier today, Plaintiff's motion for default judgment, ECF No. 27, is GRANTED. The Clerk of Court is directed to terminate ECF No. 27.

      SO ORDERED.

Dated: October 21, 2025
       New York, New York

                                                  JEANNETTE A. VARGAS
                                                United States District Judge