UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- against –<br><br>CILIA'S PCM LLC AND FRIENDS OF THE OTISVILLE SCHOOL, INC.,<br>Defendants, | CIVIL ACTION NO. 1:25-cv-00928-JAV<br><br><br>**DEFAULT JUDGMENT** |

This Court having granted Plaintiff's Motion for Default Judgment against Cilia's PCM LLC, it is:

ORDERED, ADJUDGED AND DECREED: That the plaintiff, Atlantic Casualty Insurance Company, has no duty to defend and no duty to indemnify the defendant, Cilia, in an action in the Supreme Court of the State of New York, County of Orange, Index No. EF002490-2023, captioned Friends of the Otisville School, Inc. v. Cilia's PCM LLC and D&J Home Remodeling Inc.

Dated: October 20, 2025

    New York, New York

JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE